UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KIMBALL, JR., et al., | No. 19-cv-0580 KJM KJN |
| Plaintiffs, | |
| v. | ORDER |
| HYUNDAI MOTOR FINANCE d/b/a HYUNDAI CAPITAL AMERICA/KIA MOTORS FINANCE, et al., | |
| Defendants. | |

In a minute order filed by the court on June 17, 2019, the parities' Status (Pretrial Scheduling) Conference was advanced to August 1, 2019, and the parties were instructed to file a joint status report at least seven (7) days prior to the conference. The parties filed their joint status report on July 25, 2019, but there was no appearance by Mr. Thomas Quinn, Jr. at the status conference.

Accordingly, Mr. Quinn is ordered to show cause within seven (7) days, why counsel should not be sanctioned in the amount of $250.00 for failing to appear.

DATED: August 6, 2019.

_____
UNITED STATES DISTRICT JUDGE

1