**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
Thomas Kimball, Jr. and Connis Kimball

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS KIMBALL, JR. and CONNIS KIMBALL,<br><br>**Plaintiffs,**<br><br>v.<br><br>HYUNDAI MOTOR FINANCE d/b/a HYUNDAI CAPITAL AMERICA/KIA MOTORS FINANCE, BANK OF AMERICA, N.A., TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES LLC,<br><br>**Defendants.** | Case No.: 19-cv-00580-KJM-KJN<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ONLY DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

///
///
///
///
///

Plaintiffs THOMAS KIMBALL, JR. and CONNIS KIMBALL ("Plaintiffs") hereby notify the Court that Plaintiffs and Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers.

Plaintiffs and EQUIFAX anticipate filing a Stipulation and Proposed Order for Dismissal, with respect to EQUIFAX, within 60 days. Plaintiffs respectfully request that all pending dates and filing requirements pertaining to EQUIFAX be vacated and that the Court set a deadline on or after October 8, 2019 for filing a Stipulation and Proposed Order for Dismissal.

Respectfully submitted,

Dated: August 8, 2019                               C.O. LAW, APC


                                                    By: /s/ Clark Ovruchesky
                                                        CLARK OVRUCHESKY, ESQ.
                                                        ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On August 8, 2019, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND ONLY DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on August 8, 2019, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE